IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH E. MCAFEE and SHIRLEY MCAFEE,**<br><br>        **Plaintiffs,**<br><br>  v.<br><br>**20th CENTURY GLOVE CORPORATION OF TEXAS et al.,**<br><br>        **Defendants.** | **CIVIL ACTION<br>NO. 13-06856** |

# ORDER

**AND NOW**, this 10th day of June, 2015, upon consideration of Plaintiffs Kenneth and Shirley McAfee's Motion to Remand, (Doc. No. 266), and Defendant John Crane, Inc.'s response in opposition, (Doc. No. 270), it is **ORDERED** that Plaintiffs' Motion is **DENIED**.

It is further **ORDERED** that a **TELEPHONIC STATUS CONFERENCE** will be held on **JUNE 16, 2015 at 2:00 p.m.** Counsel for plaintiff is directed to initiate this call and once all counsel are on the line, to join Chambers in the teleconference (Chambers ph: 267-299-7530).

                                                    BY THE COURT:

                                                    */s/ Gerald J. Pappert*
                                                    GERALD J. PAPPERT, J.